STATE, EX REL. CLARENCE A. DAVIS, APPELLANT, V. FARMERS STATE BANK: H. C. PETERSON, RECEIVER, APPELLANT, JOHN A. CAVETT, CLAIMANT, APPELLEE.

FILED MAY 1, 1925.   No. 24545.

APPEAL from the district court for Morrill county: P. J. BARRON, JUDGE. *Reversed.*

*T. F. Neighbors* and *C. M. Skiles,* for appellants.

*Hainer, Craft, Edgerton & Fraizer* and *McDonald & Erwin, contra.*

Heard before ROSE, DEAN, GOOD, THOMPSON and EVANS, JJ., REDICK and SHEPHERD, District Judges.

THOMPSON, J.

This case was tried in the district court, submitted and argued in this court, at the same time as the case of *State v. Farmers State Bank, ante,* p. 497, and on the same evidence and similar pleadings. Thus, as it appears from the record that the facts and questions of law involved are the same as in the above case, it is *held* that the decision and directions in that case control in this one.

REVERSED AND REMANDED.